ORIGINAL

FILED
SEP 2 4 2003
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Integrated Business Solutions, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Keith Calhoun-Senghor

Firm Name: Keith Calhoun-Senghor, Esq.

03-2222C

Post Office Box: N/A

Street Address: 1429 Madison St., N.W.

City-State-Zip: Washington, D.C. 20011

Telephone & Facsimile Numbers: Tel: (202) 425-4968;Fax:(202) 291-4891

E-mail address: senghor@earthlink.net

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Pre-award refusal to evaluate a pending, valid offer.

Government Agency Involved: O (National Science Foundation)

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003