NATIONAL SCIENCE FOUNDATION
DIVISION OF ACQUISITON & COST SUPPORT
4201 WILSON BOULEVARD, ROOM 475
ARLINGTON, VIRGINIA 22230

MAR 10 2003

(703) 292-8242
Fax (703) 292-9140/9141

Integrated Business Solutions, Inc.
Carlton Joseph, COO
9320 Annapolis Road, Suite 200
Lanham, Maryland 20706

SUBJECT: CPO 0200006, Request for Final Proposal Revision

Dear Mr. Joseph,

The purpose of this letter is to inform you that all discussions have been concluded and as a result the National Science Foundation requests that you submit your final proposal revision (FPR). The FPR gives your organization an opportunity to submit its best terms from a technical and cost/price standpoint.

An original and six copies of Volume I, Pricing Proposal, and an original and six copies of Volume II, Technical Proposal constituting your FPR must be submitted to Kristin Spencer, National Science Foundation, Division of Contracts Policy and Oversight, 4201 Wilson Boulevard, Room 475; Arlington, VA 22230, by 10:30 AM (EST) on Thursday, March 13, 2003. Review Section A2 of the solicitation for important delivery and deadline information. Any modification of a former offer received after the date and time specified above will be handled in accordance with the *Instructions to Offerors – Competitive Acquisition* provision of the solicitation (FAR 52.215-1).

An official authorized to bind your organization must sign the FPR. As stated in Section L6.1 of the solicitation, revised or added pages shall be a different color than the initial proposal. Revised text shall be a different color than the initial proposal, and be identified by bars and/or other notations in the page borders.

You are advised that any changes to your proposal that you wish to be considered by NSF must be identified within the text of your FPR. If no revisions are made to your original offer, confirm that the offer remains unchanged. Attached are CPO-0200006, Amendment No. Six, and additional questions for your consideration as you prepare your FPR.

Sincerely,

Patricia Williams
Contracting Officer