NATIONAL SCIENCE FOUNDATION
DIVISION OF ACQUISIITON & COST SUPPORT
4201 WILSON BOULEVARD, ROOM 475
ARLINGTON, VIRGINIA 22230

(703) 292-4585
Fax (703) 292-9140/9141

MAR 20 2003

Integrated Business Solutions, Inc.
Carlton Joseph, COO
9320 Annapolis Road, Suite 200
Lanham, Maryland 20706

SUBJECT: Solicitation No. CPO-0200006, "Facilities Management Services"

Dear Mr. Joseph,

On behalf of the National Science Foundation (NSF), I regret to inform you that your proposal for the subject solicitation is ineligible for further consideration due to late submission.

In NSF's March 10, 2003 letter to IBS, your organization was given an opportunity to submit a final revised proposal no later than 10:30 A.M. on March 13, 2003. The letter specifically addressed the importance of the deadline: "Review Section A2 of the solicitation for critical delivery and deadline information. Any modification of a former offer received after the date and time specified above will be handled in accordance with the Late Proposals, Modifications of Proposals, and Withdrawals of Proposals provision of the solicitation (FAR 52.215-10)."

The IBS team request for an extension at 10:26 would have benefited only IBS, and could therefore not be granted in fairness to other offerors. IBS sent two emails containing final proposal revision files which were received by NSF's email server at 10:30.58 and 10:33.08. Your final revised proposal was received at 11:11 on March 13, 2003.

The solicitation included by reference FAR 52.215-1, "Instructions to Offerors -- Competitive Acquisition," with its Alternate II. Paragraph (c)(1) states:

> *Unless other methods (e.g., electronic commerce or facsimile) are permitted in the solicitation, proposals and modifications to proposals shall be submitted in paper media in sealed envelopes or packages (i) addressed to the office specified in the solicitation, and (ii) showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror.*

Additionally Section L6.1 states:

> *Proposals shall be submitted in three-ring binders and shall be constructed and organized so as to allow removal, replacement, and addition of pages for deleted, amended or corrected, or additional information. Revised or added pages shall be a different color than the initial proposal, and be identified by bars and/or other notations in the page boarders.*

SUBJECT: Solicitation No. CPO-0200006, "Facilities Management Services" (Continued)

Section L6.2 required one copy on CD-ROM in addition to the seven paper copies.

The letter requesting final proposal revisions explicitly asks for seven paper copies (an original and six copies), but does not ask for a copy on CD-ROM. It also refers to Section A2 and the instruction for delivering proposals to NSF, mentioned above, and Section L6.1 for preparation instructions insofar as they concern the format for revisions to proposals. In recognition of the compressed delivery time for final proposal revisions, NSF informed all offerors at the oral presentations held during the week of March 3, and in Amendment 7, that only change pages were required as final proposal revisions. Electronic submission of the final proposal revision was clearly not authorized in the solicitation or in the request for final proposal revisions. In accordance with FAR 15.208(b), the final proposal revision was received late and could not be considered as it did not meet the exceptions at 15.208(b)(i)-(iii).

NSF also considered whether the original proposal submitted by IBS could still be considered. An initial proposal, however, cannot be considered an "otherwise successful proposal" if the government issued an amendment adding a requirement that the initial proposal did not address. Amendment 6, faxed to your organization on March 10, 2003 provided a substantial change in the period of performance. Amendment 7, containing an electronic version of the pricing schedule included in Amendment 6 and revised publication inventory levels, was sent via e-mail on March 12, 2003. From this I must conclude that the prices proposed in the initial proposal are no longer relevant. The initial proposal also does not adequately address areas of concern to the technical evaluation panel. Regretfully, I must therefore conclude that the initial proposal is ineligible for further consideration.

The Foundation thanks you for responding to the subject solicitation and looks forward to your participation in our future procurements.

Sincerely,

Patricia Williams

Patricia Williams
Contracting Officer