IBS

**INTEGRATED BUSINESS SOLUTIONS, INC.**
9320 Annapolis Road · Suite 200 Lanham, MD 20706 · (301) 459-9100 · FAX (301) 731-6285

March 21, 2003

Ms. Patricia Williams
Contracting Officer
National Science Foundation
Division of Acquisition & Cost Support
4201 Wilson Boulevard, Room 475
Arlington, Virginia 22230

Subject: March 20, 2003 letter regarding Solicitation No. CPO-0200006, "Facilities Management Services"

Dear Ms. Williams:

This letter is in response to your telephone conversation this morning with Mr. Aubrey Stephenson, who called you on my behalf and with my consent, regarding questions and concerns I had pertaining to your letter dated March 20, 2003. During your conversation, you asked Mr. Stephenson to convey these questions in writing. This letter is in response to your request.

Specifically I asked Mr. Stephenson to seek clarification on two points:

1. The legal basis for stating that our initial, timely cost proposal is "ineligible for further consideration."

As you know, your letter requesting final proposal revisions, dated March 10, 2003, explicitly provides for NSF's consideration of original offers if no revisions are submitted. We have not withdrawn our initial proposal, nor have we notified NSF that our initial proposal should no longer be considered. Indeed, at our request, our subcontractor, Federal Management Systems, Inc. (FMS), explicitly confirmed to NSF that our initial proposal should be considered if our revised electronic and paper submissions were not considered.

Moreover, neither the e-mailed version of the pricing schedule in Amendment 6, nor the revised publication inventory levels, nor the contract start date of April, 2003 were changes that were significant for purposes of our proposal. As you know, these were minor changes and, in the case of the revised start date, well known by us. These minor changes do not form the basis for NSF to ignore our existing pending proposal.

Nor do the four questions attached to your March 10 letter provide a basis for failing to consider our pending proposal. As you note in your March 10 letter, those questions were for our consideration as we prepared a revised proposal. They were not mandatory. They cannot now be made a basis for failing to consider a timely, pending submission properly before NSF.

Ms. Patricia Williams
Contracting Officer
Page 2

2. The basis for your conclusion that our revised offer was untimely.

Your March 20 letter concedes that NSF received a timely, complete electronic version of our revised proposal, conforming to all formatting requirements, within the time limits specified (i.e., at 10:30 a.m.) There is nothing in the solicitation which prohibits the electronic submission of best and final offers. Indeed, the vast majority of the information exchanged regarding this solicitation has been in electronic form. By way of example, your March 20 letter explicitly points to amendments, schedules, and inventory revisions which were conveyed in electronic form.

In the absence of an explicit prohibition against electronic submission, in light of the frequent and permitted use of electronic communications throughout this solicitation, and given the timely electronic submission of our revision, it is difficult to understand how either the Government, or any bidder, would be harmed by consideration of a timely, properly formatted, electronic proposal that gives value to the Government.

Indeed, FAR 15.208(b), which you cite in your March 20 letter, allows the Contracting Office to accept timely electronic submissions in this case, since it is not prohibited. FAR 15.208(a). Moreover, that Section 15.208 also allows for acceptance of our electronic or paper submission if the Contracting officer determines that accepting the electronic or paper proposal would not unduly delay the acquisition, and our proposal was under the control of the Government prior to the time set for receipt of proposals, which it clearly was in this case. FAR 15.208(b)(1)(ii).

Finally, FAR 15.208(b)(2) allows for a late modification of an otherwise successful proposal, that makes its terms more favorable to the Government, to be considered at any time it is received and accepted.

Therefore, we see no reason for NSF to refuse to consider our timely, existing proposal, or our timely electronic modification, in determining the best value of the Government.

We welcome an opportunity to meet with you to discuss this in greater detail. Neither the Government, nor any bidder, would be disadvantaged by your continued consideration of our original pending proposal, or your consideration of our timely electronic submission to our revised proposal, in determining the best value to the government. I look forward to meeting with you soon.

Sincerely,

Carlton Joseph
Vice-President & Chief Operating Officer

cc: Ms. Susan English
Mr. Aubrey Stephenson