NATIONAL SCIENCE FOUNDATION
DIVISION OF ACQUISIITON & COST SUPPORT
4201 WILSON BOULEVARD, ROOM 475
ARLINGTON, VIRGINIA 22230

MAR 25 2003

(703) 292-8242
Fax (703) 292-9140/9141

Integrated Business Solutions, Inc.
9320 Annapolis Road, Suite 200
Lanham, Maryland 20706
ATTN: Carlton Joseph,
Vice President and Chief Operating Officer

REF: NSF Solicitation No. CPO-0200006, "Facilities Management Services"

Dear Mr. Joseph:

Thank you for your letter of March 21, 2003, requesting clarification on your offer's ineligible status due to late submission.

The Foundation's letter of March 20, 2003, sets forth the basis for no longer considering the IBS offer. It is regrettable that the final proposal revision was late; nevertheless, given the circumstances surrounding its submission, FAR 15.208(b) and FAR 52.215-1(c)(3)(ii) (incorporated by reference at Section L1) do not permit its consideration. Also, given that your initial proposal does not address significant questions and amendments, it cannot be considered an otherwise successful proposal.

NSF respectfully declines your request for a meeting on the matter since the issues raised in your letter have been addressed. We appreciate your participation in NSF acquisitions.

Sincerely,

Bart Bridwell

Bart Bridwell
Contracting Officer