# AFFIDAVIT
# OF
# DR. ABE KELLIZY

I, Dr. Abe Kellizy, am over the age of 18 and competent to testify to the matters contained herein:

1. On March 13, 2003, I was the duly designated representative of IBS in relation to its bid submission to the National Science Foundation (NSF) for Solicitation No. CPO-0200006 (Facilities Management Services).

2. On Mar 13, 2003, I arrived at the NSF office designated for receipt of best and final offer (BAFO) submissions for this solicitation and submitted a paper version of IBS's BAFO to Ms. Kristin Spencer, a representative of the NSF contracting office.

3. Ms. Spencer took the paper version of the BAFO, told me to wait, or words to that effect, and left the room, returning shortly with Ms. Patricia Williams, a NSF contracting officer who had participated in the oral discussions with IBS on March 6, 2003

4. When they arrived, Ms Williams said, "You know it's late," or words to that effect. I explained to them both that IBS had requested an extension of the submission deadline and had also submitted its BAFO via e-mail. I further stated that if the submission were late, or the extension was not granted, IBS's original proposal should be evaluated and considered in its place, or words to that effect.

5. Ms. Williams said, "We'll see," or "We'll get back to you," or words to that effect. She also indicated that I would need to speak to Mr. Bart Bridwell when he returned from leave. I then left the building.

I affirm under the penalty of perjury that the contents of the foregoing statement are true and correct.

Dr. Abe Kellizy

April 28, 2003