AFFIDAVIT
OF
DR. ABE KELLIZY

I, Dr. Abe Kellizy, am over the age of 18 and competent to testify to the matters contained herein:

1. On March 13, 2003, I was the duly designated representative of IBS in relation to its bid submission to the National Science Foundation (NSF) for Solicitation No. CPO-0200006 (Facilities Management Services).

2. On March 13, 2003, I telephoned NSF to request an extension of time in which to submit IBS's Best and Final Offer (BAFO) in the above Solicitation.

3. Upon telephoning NSF, I spoke with Ms. Kristin Spencer, a representative of the NSF contracting office.

4. I requested an extension of time and Ms. Spencer indicated that she would need to speak to the contracting officer before she could respond to my request. She indicated that he was away in a meeting at the time and she did not know if she could locate him. She then said that any such request must be in writing. I indicated that I would submit my request in writing.

5. Our conversation was very brief. At no time did Ms. Spencer indicate to me that IBS's request for an extension had been denied.

6. I then hung up and sent her a written request for an extension of time as she had requested.

7. I first learned that NSF denied IBS's request for an extension of time on March 20, 2003, after reading a copy of NSF's letter to that effect.

I affirm under the penalty of perjury that the contents of the foregoing statement are true and correct.

Dr. Abe Kellizy

June 1, 2003