# In the United States Court of Federal Claims

**03-2222C**

**(Filed October 1, 2003)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTEGRATED BUSINESS SOLUTIONS, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER REMOVING CASE FROM ELECTRONIC FILING SYSTEM**

---

On September 24, 2003, this case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 2003-42, the court removes this bid protest case from the CM/ECF system. The parties are directed to submit all filings in this action in the traditional manner in accordance with the RCFC rather than electronically.

The Clerk of the Court is directed to remove this case from the CM/ECF system.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**